UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMAN ESHAGHPOUR,

                Petitioner,

   v.

PAMELA BONDI, *et al.*,

                Respondents.

Case No. C25-2322-RAJ-SKV

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

        This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner Saman Eshaghpour has submitted a request for appointment of counsel in this matter. Dkt. 2. The Court, having considered Petitioner's request, his financial eligibility[1], and the balance of the record, finds and ORDERS as follows:

        (1)    A review of Petitioner's petition indicates that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for

---

[1] Petitioner submitted in support of his request for appointment of counsel an application to proceed *in forma pauperis* ("IFP"). Dkt. 4. Because Petitioner has already paid the filing fee for this action, the Court need not rule on the IFP application, the Court relies on it only to establish Petitioner's financially eligibility for appointment of counsel. The Clerk is directed to STRIKE the IFP application from the Court's motion calendar.

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER- 1

Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, petitioner has demonstrated financial eligibility for such appointment. *See id.* Accordingly, Petitioner's request for appointment of counsel is GRANTED. The Court appoints the Federal Public Defender to represent Petitioner in these proceedings.

(2)   The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, to counsel for Respondents, and to the Honorable Richard A. Jones.

Dated this 25th day of November, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER- 2