# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SAMAN ESHAGHPOUR,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>PAMELA BONDI, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:25-cv-02322-RAJ-SKV<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Judge:

Petitioner's request that the Court terminate the referral to Magistrate Judge S. Kate Vaughan is DENIED. Judge Vaughan is directed to rule on the remainder of Petitioner's Unopposed Motion for Briefing Schedule (Dkt. # 9).

DATED this 9th day of December, 2025.

　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN,
　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　 /s/ Victoria Ericksen
　　　　　　　　　　　　　　　　Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 1