DISTRICT JUDGE RICHARD A. JONES
MAGISTRATE JUDGE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMAN ESHAGHPOUR,

  Petitioner,

 v.

PAMELA BONDI, Attorney General of the United States, *et al.*,

  Respondents.

No. C25-2322-RAJ-SKV

(~~PROPOSED~~) ORDER FOR BRIEFING SCHEDULE

Petitioner's Unopposed Motion for Briefing Schedule, Dkt. 9, is GRANTED, and the Court finds as follows:

IT IS ORDERED that Respondents will file a Response to the habeas petition no later than December 8, 2025. Petitioner may file a Reply no later than five days after the Response is filed. The Court will note the habeas petition for the same day as Petitioner's Reply.

IT IS ORDERED that, while Petitioner's habeas petition is pending, Respondents shall not remove Petitioner from the United States or transfer Petitioner to another facility without providing Petitioner's counsel with at least 48 hours' notice of the removal or transfer. If the 48-hour period would expire on a weekend or legal

ORDER FOR BRIEFING SCHEDULE
(*Eshaghpour v. Bondi, et al.*, CV25-02322-RAJ-SKV) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

holiday, the period continues until the same time on the next day that is not a weekend or legal holiday.

DATED this 10th day of December 2025.

_S. Kate Vaughan_
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ *Dennis Carroll*
Senior Litigator
Attorney for Saman Eshaghpour

ORDER FOR BRIEFING SCHEDULE
(*Eshaghpour v. Bondi, et al.*, CV25-02322-RAJ-SKV) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**