## United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMAN ESHAGHPOUR,<br><br>    Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>    Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C25-2322-SKV |

\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**_X_**  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 is granted. Respondents shall immediately release Petitioner from custody on conditions of supervision consistent with those governing Petitioner's release prior to his re-detention.

Respondents are enjoined from removing or seeking to remove Petitioner to a third country without providing him notice and a meaningful opportunity to respond in a reopened removal proceeding before an immigration judge, and from removing or seeking to remove Petitioner to any third country where he is likely to face imprisonment or harm.

Dated this 14th day of January, 2026.

                                                Joshua C. Lewis
                                                Clerk

                                                S. Prather
                                                Deputy Clerk